**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| REMBRANDT VISION TECHNOLOGIES, L.P.., <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON AND JOHNSON VISION CARE, INC., <br><br> Defendant. | Civil Case No.: <br> 1:11-mi-00044-JOF-LTW <br><br> Underlying Proceeding: <br> Civil Action No. 2:09-CV-00200-TJW; United States District Court for the Eastern District of Texas (Marshall Division) |

## NOTICE OF APPEARANCE OF TRENTON A. WARD

Pursuant to Local Rule 83.1(D)(1), Trenton A. Ward of the law firm of Troutman Sanders LLP hereby files this Notice of Appearance with the Court as evidence of the fact that he is one of the attorneys of record representing the **Defendant Johnson and Johnson Vision Care, Inc.** in the above-captioned case, and hereby specifically requests that he receive electronic notices of all future events in this action.  Trenton A. Ward is in good standing with the State Bar of Georgia and is admitted to practice in the United States District Court for the Northern District of Georgia.

2157336v1

Respectfully submitted this 5th day of July, 2011.

<div style="margin-left:40%">

TROUTMAN SANDERS LLP

/s/ Trenton A. Ward
Trenton A. Ward
Georgia Bar No. 737779
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, Georgia 30308
Tel.  (404) 885-3000
Fax. (404) 885-3900
Email: trenton.ward@troutmansanders.com
ATTORNEY FOR JOHNSON AND JOHNSON VISION CARE

</div>

## FONT CERTIFICATION

I hereby certify that this document is presented in Times New Roman 14.

/s/ Trenton A. Ward
Trenton A. Ward

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| REMBRANDT VISION TECHNOLOGIES, L.P.., <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON AND JOHNSON VISION CARE, INC., <br><br> Defendant. | Civil Case No.: <br> 1:11-mi-00044-JOF-LTW <br><br> Underlying Proceeding: <br> Civil Action No. 2:09-CV-00200-TJW; United States District Court for the Eastern District of Texas (Marshall Division) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 5th, 2011 the undersigned caused a true and correct copy of **NOTICE OF APPEARANCE OF TRENTON A. WARD** to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

    Diane L. Simerson
    Ryan M. Schultz
    ROBINS KAPLAN MILLER & CIRESI-MN
    800 LaSalle Avenue
    2800 LaSalle Plaza
    Minneapolis, MN 55402-2015

    Eric D. Swartz
    Katharine Madison Burnett
    ROBINS KAPLAN MILLER & CIRESI
    One Atlantic Center, Suite 2200
    1201 W Peachtree Street, N.W.
    Atlanta, GA 30309

Demetrius Tennell Lockett
TOWNSEND LOCKETT &
MILFORT, LLC
Suite 500
1401 Peachtree Street
Atlanta, GA 30309

This 5th day of July, 2011

              /s/ Trenton A. Ward
              Trenton A. Ward